| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Jeri Lynne Sackett |
| Debtor 2 (Spouse, if filing) | John Paul Sackett |
| United States Bankruptcy Court for the: | Western District of Washington |
| Case number | 17-13567 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 13

**Last 4 digits** of any number you use to identify the debtor's account: 5 2 6 4

**Date of payment change:**
Must be at least 21 days after date of this notice: 06/01/2020

**New total payment:** $ 1,942.01
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 353.45    New escrow payment: $ 626.33

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | Jeri Lynne Sackett | Case number (if known) | 17-13567 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ D. Anthony Sottile
Signature

Date 5/8/2020

Print: D. Anthony Sottile
First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Sottile & Barile, LLC

Address: 394 Wards Corner Road, Suite 180
Number   Street

Loveland     OH     45140
City         State   ZIP Code

Contact phone: 513-444-4100

Email: bankruptcy@sottileandbarile.com

SN Servicing Corporation    Final
323 FIFTH STREET
EUREKA, CA 95501
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: April 27, 2020

JOHN P SACKETT                                              Loan: 
JERI L SACKETT
12918 MUKILTEO SPEEDWAY STE C23         Property Address:
LYNNWOOD WA 98087                        2114 120TH PLACE SOUTHWEST UNIT A
                                         EVERETT, WA 98204

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Oct 2019 to May 2020. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Jun 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 1,315.68 | 1,315.68 |
| Escrow Payment: | 353.45 | 626.33 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,669.13 | $1,942.01 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Sep 01, 2019 |
| Escrow Balance: | (2,150.26) |
| Anticipated Pmts to Escrow: | 3,181.05 |
| Anticipated Pmts from Escrow (-): | 516.66 |
| Anticipated Escrow Balance: | $514.13 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 0.00 |
| Oct 2019 | | 405.86 | | * | | 0.00 | 405.86 |
| Oct 2019 | | 405.86 | | * | | 0.00 | 811.72 |
| Oct 2019 | | 405.86 | | * | | 0.00 | 1,217.58 |
| Oct 2019 | | | | 2,176.07 * | | 0.00 | (958.49) |
| Oct 2019 | | | | 2,120.72 * | County Tax | 0.00 | (3,079.21) |
| Nov 2019 | | 680.00 | | * | Escrow Only Payment | 0.00 | (2,399.21) |
| Dec 2019 | | 405.86 | | * | | 0.00 | (1,993.35) |
| Dec 2019 | | 405.86 | | * | | 0.00 | (1,587.49) |
| Dec 2019 | | | | 580.03 * | Forced Place Insur | 0.00 | (2,167.52) |
| Jan 2020 | | 405.86 | | * | | 0.00 | (1,761.66) |
| Jan 2020 | | | | 259.26 * | Forced Place Insur | 0.00 | (2,020.92) |
| Feb 2020 | | 756.88 | | * | Escrow Only Payment | 0.00 | (1,264.04) |
| Feb 2020 | | 405.86 | | * | | 0.00 | (858.18) |
| Feb 2020 | | 340.00 | | * | Escrow Only Payment | 0.00 | (518.18) |
| Feb 2020 | | | | 259.03 * | Forced Place Insur | 0.00 | (777.21) |
| Mar 2020 | | 405.86 | | * | | 0.00 | (371.35) |
| Mar 2020 | | 340.00 | | * | Escrow Only Payment | 0.00 | (31.35) |
| Mar 2020 | | 353.45 | | * | | 0.00 | 322.10 |
| Mar 2020 | | 340.00 | | * | Escrow Only Payment | 0.00 | 662.10 |
| Mar 2020 | | | | 258.80 * | Forced Place Insur | 0.00 | 403.30 |
| Mar 2020 | | | | 2,295.23 * | County Tax | 0.00 | (1,891.93) |
| Apr 2020 | | | | 258.33 * | Forced Place Insur | 0.00 | (2,150.26) |
| | | | | | Anticipated Transactions | 0.00 | (2,150.26) |
| Apr 2020 | | 2,827.60 | | 258.33 | Forced Place Insur | | 419.01 |

| May 2020 | | 353.45 | | 258.33 | Forced Place Insur | 514.13 |
|---|---|---|---|---|---|---|
| | $0.00 | $9,238.26 | $0.00 | $8,724.13 | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling 0.00. Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation    Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: April 27, 2020

JOHN P SACKETT                                    Loan: ███

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 514.13 | 1,103.94 |
| Jun 2020 | 626.33 | 258.33 | Forced Place Insur | 882.13 | 1,471.94 |
| Jul 2020 | 626.33 | 258.33 | Forced Place Insur | 1,250.13 | 1,839.94 |
| Aug 2020 | 626.33 | 258.33 | Forced Place Insur | 1,618.13 | 2,207.94 |
| Sep 2020 | 626.33 | 258.33 | Forced Place Insur | 1,986.13 | 2,575.94 |
| Oct 2020 | 626.33 | 2,120.72 | County Tax | 491.74 | 1,081.55 |
| Oct 2020 | | 258.33 | Forced Place Insur | 233.41 | 823.22 |
| Nov 2020 | 626.33 | 258.33 | Forced Place Insur | 601.41 | 1,191.22 |
| Dec 2020 | 626.33 | 258.33 | Forced Place Insur | 969.41 | 1,559.22 |
| Jan 2021 | 626.33 | 258.33 | Forced Place Insur | 1,337.41 | 1,927.22 |
| Feb 2021 | 626.33 | 258.33 | Forced Place Insur | 1,705.41 | 2,295.22 |
| Mar 2021 | 626.33 | 258.33 | Forced Place Insur | 2,073.41 | 2,663.22 |
| Apr 2021 | 626.33 | 2,295.23 | County Tax | 404.51 | 994.32 |
| Apr 2021 | | 258.33 | Forced Place Insur | 146.18 | 735.99 |
| May 2021 | 626.33 | 258.33 | Forced Place Insur | 514.18 | 1,103.99 |
| | $7,515.96 | $7,515.91 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 735.99. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 1,252.65 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 514.13. Your starting balance (escrow balance required) according to this analysis should be $1,103.94. This means you have a shortage of 589.81. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be 7,515.91. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 626.33 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $626.33 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

UNITED STATES BANKRUPTCY COURT
WESTSERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| In Re: | Case No. 17-13567-MLB |
| Jeri Lynne Sackett<br>  dba Sackett Contruction LLC<br>John Paul Sackett | Chapter 13 |
| Debtors. | Judge Marc Barreca |

## CERTIFICATE OF SERVICE

I certify that on May 8, 2020, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Steven M Palmer, Debtors' Counsel
    spalmer@curtislaw-pllc.com

    Jason Wilson-Aguilar, Chapter 13 Trustee
    courtmail@seattlech13.com

    Office of the United States Trustee
    USTPRegion18.SE.ECF@usdoj.gov

I further certify that on May 8, 2020, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Jeri Lynne Sackett
    12918 Mukilteo Spdwy #608
    Lynnwood, WA 98087

    John Paul Sackett
    12918 Mukilteo Spdwy #608
    Lynnwood, WA 98087

| Dated: May 8, 2020 | /s/ D. Anthony Sottile |
|---|---|

D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com